UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE L. HEARNS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW WHISNAND, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:20-cv-00313-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR ISSUANCE OF SUMMONS**<br><br>(Doc. 14) |

Plaintiff has filed a request for an order directing the U.S. Marshal to serve on each Defendant a summons and the first amended complaint. (Doc. 14.) The Court has not yet screened the first amended complaint as required by 28 U.S.C. § 1915A(a). Accordingly, the Court **DENIES** as premature Plaintiff's request for the issuance of summons.

IT IS SO ORDERED.

　　Dated: __**July 19, 2021**__　　　　　　_____ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

1